# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

| | | |
|---|---|---|
| AMY BUMBARGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:15-cv-00993-TFM |
| | ) | |
| COMENITY BANK, | ) | |
| | ) | |
| Defendant. | ) | |

### DECLARATION OF ANDREA K. DENT

1.      My name is Andrea K. Dent.  I am over eighteen years of age and am competent and authorized to make the following declaration based on my experience with Comenity Bank.

2.      I am a Senior Paralegal with Comenity LLC.

3.      Comenity Bank is a wholly-owned subsidiary of Comenity LLC.

4.      Comenity Bank is a Delaware state chartered bank with its principal place of business in Wilmington, Delaware.

5.      I am familiar with the facts set forth in this Declaration, through personal knowledge, through review of corporate records maintained in the ordinary course of business by Comenity Bank and/or its affiliate, Comenity Servicing LLC ("Comenity Servicing"), which services Comenity Bank's credit card accounts, and/or through inquiries made to Comenity Servicing personnel.  I am familiar with the recordkeeping practices of both Comenity and Comenity Servicing. If called as a witness, I could and would testify competently to the matters set forth in this Declaration. The following reflects the results of my review:

6.      On March 9, 2013, Amy L. Bumbarger ("Bumbarger") accepted a pre-approved offer for a Victoria's Secret credit card issued by Comenity Bank.  Bumbarger accepted the offer via the internet, by providing certain personal information.  In order to accept the offer and use

the card, Bumbarger was presented with a Credit Card Agreement (the "Agreement") governing her use of the card and consented to the terms of the Agreement.

7.      A true and correct copy of the Agreement between Bumbarger and Comenity Bank (the "Agreement") is attached hereto as **Exhibit 1**.

8.      Bumbarger made purchases using her credit card and payments on her card after her acceptance of the Agreement. To obtain purchase authorization for her in-store purchases, Bumbarger "swiped" her card at the place of purchase, the data was transmitted electronically to a computer server located outside of Pennsylvania, and her purchase was approved.

9.      Bumbarger last made a purchase using the subject credit card on January 26, 2015 and last made a payment on the account on May 9, 2015.  A copy of Bumbarger's account statements and account records showing her charge date and last payment date are attached hereto as **Exhibit 2**.

10.      The Agreement contained an arbitration provision. The Agreement permitted Bumbarger the ability to opt-out of the arbitration provision by notifying Comenity Bank in writing of her opt-out within thirty (30) days after the date Comenity Bank provided Bumbarger with a copy of the Agreement or written notice giving her the right to opt-out of arbitration.

11.      All incoming mail received at the address "Comenity Bank, PO Box 182422, Columbus, OH 43218-2422," the address specified in the Agreement for receipt of written notices to opt-out of the arbitration provision, was scanned into a computer system that has been utilized since October 2008.  I searched the computer system to determine whether Bumbarger sent Comenity Bank a letter rejecting the arbitration provision and I did not find any indication that she had done so.

12.     If Bumbarger had opted out of the arbitration provision, the notes on her account would show that she had opted out.  I searched her account notes and found no indication that she had opted out of the arbitration provision.  A true and correct copy of her account notes are attached hereto as **Exhibit 3**.

13.     The documents attached hereto were made at or near the time by, or from information transmitted by, someone with knowledge of their contents and were kept in the course of Comenity Bank's regularly conducted business activity.  It was a regular practice Comenity Bank to make these records.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed the _12th_ day of _October_ , 2015.

By: _Andrea K. Dent_

ANDREA DENT

# EXHIBIT 1 TO
# EXHIBIT A

EXHIBIT 1 TO
EXHIBIT A

## Your Victoria's Secret Credit Card account agreement

about using and managing your account, including a Privacy Statement and information concerning your billing rights. Your use of the account, or failure to close the account within the 30 days of receiving this document, indicates your acceptance of the terms of this agreement, including the assessment of any finance charges and fees.

**Section I of this agreement also includes a Jury Trial Waiver and an Arbitration provision in the event of a dispute.**

- **You have a right to reject this arbitration provision.**
- **If you do not reject this Arbitration provision, it will be part of this agreement and will:**
  - Eliminate your right to a trial by jury; and
  - Substantially affect your rights, including your right to bring, join in or participate in class proceedings.

Please read each section carefully and keep this document for your records.

**In the following sections, you will find information on:**

A. **Financial terms of your account:** An at-a-glance summary of the fees and charges associated with your account

A. **Getting Started:** the basics of your account
B. **Keeping your account in good standing:** avoiding default, and what to do if your card is lost or stolen
C. **Learning more about your account:** credit plans and credit limits, and how payments are calculated and applied
D. **Interest, fees and charges:** when and how fees and costs are applied to your account
E. **Other important information:** legal rights, costs, and how we'll handle your account
F. **Disputes & Reporting to Credit Agencies:** data we provide, and recourse from, credit reporting agencies, and what to do if you think there is an error on your periodic statement
G. **Optional Products:** how to protect your account from fraud or theft, and information on services that can help pay your debt in case of emergencies
H. **Communicating with us:** what happens when you contact us
I. **Arbitration and jury trial waiver:** how we'll resolve disagreements, including a jury trial waiver and Arbitration provision

**Privacy statement:** how we collect, use, share, and protect your personal information, and the privacy choices you can make

### Financial terms of your account

| Interest Rates and Interest Charges | |
|---|---|
| Annual Percentage Rate (APR) for Purchases | **24.99%.** This APR will vary with the market based on the Prime Rate. |
| How to Avoid Paying Interest | Your due date is at least 25 days after the close of each billing cycle. We will not charge you interest on purchases if you pay your entire balance by the due date each month. |
| Minimum Interest Charge | If you are charged interest, the charge will be no less than $1.00 per credit plan |
| For Credit Card Tips from the Consumer Financial Protection Bureau | To learn more about factors to consider when applying for or using a credit card, visit the website of the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/learnmore. |

| Fees | |
|---|---|
| Annual Fee | None |
| **Penalty Fees** | |
| Late Payment | Up to $35 |
| Returned Payment | Up to $25 |

**How We Will Calculate Your Balance:** We use a method called "daily balance (including new purchases)."

**Billing Rights:** Information on your rights to dispute transactions and how to exercise those rights is provided in your account agreement.

**APR Information:** We add 21.74% to the Index (See Rates in Section D) to determine the APR applicable to your account. We divide the APR by 365 to determine a corresponding Daily Periodic Rate. For the Billing Period as of October 1, 2012, the initial APR was **24.99%** and the initial Daily Periodic Rate of **FINANCE CHARGE** was **0.06849%**. We'll charge you a minimum **FINANCE CHARGE** of **$1.00** per credit plan for any Billing Period in which a Finance Charge is due. For additional information, see Rates in Section D.

**Minimum Payment:** The total of minimum payments for Regular Revolving and Promotional Credit Plan purchases plus any Past Due amounts. The total Minimum Payment Due on your account won't be less than $25.00. If your Account balance is less than $25.00, you must pay the amount indicated on your Statement in full. The Minimum Payment Due for each Regular Revolving Credit Plan, will be the greater of:

(a) $5.00; or
(b) 5% of the New Balance shown on your Statement for that Credit Plan (rounded down to the nearest $5.00).

See Minimum Payment in Section C or the attached Agreement for Promotional Credit Plan Minimum Payment calculations.

### A. Getting Started

*(account terms and definitions, Updating your Agreement, Card signature (as applicable), Using your Credit Card Account, Making payments, Keeping your account in good standing, Avoiding default sections follow in fine print)*

***** ***** ***** ***** ***** ***** ***** *****

rev. 10/12

C. **Learning more about your account**

**Credit Plans**
- Your Account may consist of a non-promotional Credit Plan and one or more promotional Credit Plans.
- We may offer different promotional Credit Plans from time to time.
- If a promotional Credit Plan is offered at the time you open your account, this Agreement will include information about the terms for that Plan, by use of an insert, attachment, or other written information provided as part of this Agreement.
- Normal late payment charges, returned check charges and all other provisions apply to any promotional Credit Plan, unless inconsistent with a particular Credit Plan offering.
- If the promotional Credit Plan purchase isn't paid in full before the promotional period ends, the balance will be transferred to your non-promotional Regular Revolving balance.

*(Credit Plans offered and their particular features, Skip-payment option, Credit Limit, Account calculation, Minimum Payment, Payment application, and D. Interest, fees and charges / Finance Charges sections continue in fine print)*

***** ***** ***** ***** ***** ***** ***** *****

PO Box 659728 Overall Size: 8 panel 8.5 x 36.375, Paper: 40 # Accent opaque smooth, Color: Black both sides, Font Size used: CCA 8pt, Privacy 10pt & 12pt, 10pt Type in boxes, 12pt headers and 16pt APRs, Fonts used: Trade Gothic LT Std (regular, oblique, bold no2, bold and bold oblique), 2pt! Digitals.

### FACTS — WHAT DOES COMENITY DO WITH YOUR PERSONAL INFORMATION?

| | |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include: • Social Security number and income • Account balances and payment history • Credit history and credit scores |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Comenity chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Comenity share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes**—such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes**—to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes**—information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes**—information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For nonaffiliates to market to you** | Yes | Yes |

| To limit our sharing | Call 1-800-220-1181 (TDD/TTY 1-800-695-1788)—our menu will prompt you through your choices. Please note: If you are a new customer, we can begin sharing your information 30 days from the date we sent this notice. When you are no longer our customer, we continue to share your information as described in this notice. However, you can contact us at any time to limit our sharing. |
|---|---|
| **Questions?** | Go to comenity.net/privacy or call 1-866-423-1097 |

PO #0094006253; Overall Size: 8 panel. 8.5 x 26.375, Paper: 40 # Accent opaque smooth, Color: Black both sides, Font Size used: CCA 8pt, Privacy 10pt & 12pt; 10pt type in boxes; 12pt headers and 16pt APR; Fonts used: Trade Gothic LT Std (regular, oblique, bold no2, bold no2 oblique), Zapf Dingbats.

- **Document Fees:** If we provide you with a copy of any Statement, sales draft or similar document at your request (except in connection with billing error inquiries or resolution), we may charge the Account the following fees:
  - o Statement copy - $6.00
  - o Sales/Credit Draft copy - $6.00
  - o Check/Money Order copy - $6.00
- **Alternative Payment Method Fee:** We may offer alternative payment methods that allow you to make individual, expedited payments to your Account over the phone. If you choose to use this payment method, we may assess the current fee we charge for this service. Currently, that fee is up to $15.00 but may change. We'll let you know the current fee before you authorize any payment(s), and you can withdraw your request if you don't want to pay the fee.

## E. Other important information

**Collection Costs**

As permitted under applicable law, you agree to pay the reasonable costs for collecting amounts due, including reasonable attorney's fees and court costs incurred by us or another person or entity.

**Changes**

We may add, change, or delete the terms of your Account. If required by law, we will give you advance written notice of the change(s) and a right to reject the change(s).

**Security Interest**

You grant us a security interest in all goods you purchase through the use of the Account, now or at any time in the future and in all accessions to and proceeds of such goods. We waive any security interest we may have in your principal dwelling, to the extent that it would otherwise secure any obligation arising hereunder.

**Changes to your information**

Please notify us immediately of any changes to your name or address.

**Governing Law**

THIS AGREEMENT IS GOVERNED BY DELAWARE AND APPLICABLE FEDERAL LAW. THIS IS THE LAW WE ARE SPEAKING OF WHEN WE REFER TO A TERM PERMITTED OR REQUIRED BY APPLICABLE LAW.

**Transfer of Rights/Assignment**

Your rights under this Agreement can't be transferred by you, by operation of law or otherwise, but your obligations will be binding upon your estate or personal representatives. We may transfer or assign your Account and/or this Agreement, or any of our rights under this Agreement, to another person or entity at any time without prior notice to you or your consent.

**No Waiver of Rights**

We can delay enforcing our rights under this Agreement without losing them.

**Severability**

If any provision of this Agreement is in conflict with applicable law, that provision will be considered to be modified to conform with applicable law.

## F. Disputes & Reporting to Credit Agencies

**Credit Reports**

- You give us permission to investigate your credit record.
- You agree that a credit report may be requested in connection with the processing of your credit application. A report may also be requested in connection with a credit extension, credit limit request, Account renewal or update, Account collection action, or dispute investigation.
- You understand that we may report negative information (such as, late payments, missed payments, or other defaults) about your account to credit bureaus.
- You give us permission to provide information about your Account to credit bureaus and other creditors, as well as to the retailer whose name appears on your Card.

**Credit report disputes**

If you believe the account information we reported to a consumer reporting agency is inaccurate, you may submit a direct dispute to Comenity Bank, PO Box 182789 Columbus, OH 43218-2789. Your written dispute must provide sufficient information to identify the account and specify why the information is inaccurate:

- Account Information: Your name and account number
- Contact Information: Your address and telephone number
- Disputed Information: Identify the account information disputed and explain why you believe it is inaccurate
- Supporting Documentation: If available, provide a copy of the section of the credit report showing the account information you are disputing

We will investigate the disputed information and report the results to you within 30 days of receipt of the information needed for our investigation. If we find that the account information we reported is inaccurate, we will promptly provide the necessary correction to each consumer reporting agency to which we reported the information.

**Your Billing Rights: Keep This Document For Future Use**

This notice tells you about your rights and our responsibilities under the Fair Credit Billing Act.

***What To Do If You Find A Mistake On Your Statement***

If you think there is an error on your statement, write to us at: Comenity Bank PO Box 182782 Columbus, Ohio 43218-2782

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us:

- Within 60 days after the error appeared on your statement.
- At least 3 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

***What Will Happen After We Receive Your Letter***

When we receive your letter, we must do two things:

1. Within 30 days of receiving your letter, we must tell you that we received your letter. We will also tell you if we have already corrected the error.
2. Within 90 days of receiving your letter, we must either correct the error or explain to you why we believe the bill is correct.

While we investigate whether or not there has been an error:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

After we finish our investigation, one of two things will happen:

- *If we made a mistake:* You will not have to pay the amount in question or any interest or other fees related to that amount.
- *If we do not believe there was a mistake:* You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may then report you as delinquent if you do not pay the amount we think you owe.

If you receive our explanation but still believe your bill is wrong, you must write to us within *10 days* telling us that you still refuse to pay. If you do so, we cannot report you as delinquent without also reporting that you are questioning your bill. We must tell you the name of anyone to whom we reported you as delinquent, and we must let those organizations know when the matter has been settled between us. If we do not follow all of the rules above, you do not have to pay the first $50 of the amount you question even if your bill is correct.

***Your Rights If You Are Dissatisfied With Your Credit Card Purchases***

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (*Note:* Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.

**3.** You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at:

Comenity Bank
PO Box 182782 Columbus, Ohio 43218-2782

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

## G. Optional Products

**Credit insurance (as applicable)**

Purchasing credit insurance is optional. If you do choose to carry credit insurance coverage, the premium charge will be added to your Account as a purchase on the last day of each Billing Period. You can cancel your coverage at any time.

**Account Assure debt cancellation (as applicable)**

- Purchasing Account Assure is optional.
- Your decision whether or not to purchase Account Assure won't affect your application for credit or the terms of any existing credit agreement you have with Comenity Bank.
- The monthly fee for Account Assure is based on the outstanding monthly balance on your Account each month and will be added to your Statement.
- We'll provide additional information before you're required to pay for Account Assure. This will include a copy of the contract containing the terms and conditions pertaining to Account Assure.
- You can cancel your Account Assure at any time.
- There are eligibility requirements, conditions, and exclusions that could prevent you from receiving benefits under Account Assure.
- Be sure to carefully read the contract for a full explanation of the terms of Account Assure.

## H. Communicating with us

**Communicating to you about your Account**

If we need to contact you to service your Account or to collect amounts you owe to us, you give direct consent to us, as well as servicers, agents, contractors and collectors of your Account, to communicate with you in any way, such as calling, texting, or e-mail via:

1) a cell, landline, or text number you provide, use to contact us, or at which we believe we can reach you (even if it is not yours),
2) any email address you provide to us or one of our merchants,
3) automated dialer systems and automatic telephone dialing systems,
4) pre-recorded or artificial voice messages and other forms of communications.

You also agree that these communications aren't unsolicited for purposes of any state or federal law, and you understand that this may result in additional mobile, text message, or data charges.

**Phone monitoring**

- To provide you with high-quality service, phone communication with us is monitored and/or recorded.
- You agree that we monitor and/or record any phone calls between you and us.
- Please inform all authorized cardholders of this provision, including anyone acting on your behalf or making payments on this Account.

**For Wisconsin residents:**

If you are married, please contact us immediately upon receipt of this Agreement at 1-800-695-9478 (TDD/TTY 1-800-695-1788) and provide us with the name and address of your spouse. We are required to inform your spouse that we have opened a credit account for you.

**For bankruptcy notifications:**

All bankruptcy notices and related correspondence to Comenity Bank should be sent to the following address: Comenity Bank, Bankruptcy Department, PO Box 182125 Columbus, OH 43218-2125.

## I. Arbitration and jury trial waiver

**A. Jury Trial Waiver**

**TO THE EXTENT PERMITTED BY LAW, YOU AND WE WAIVE ANY RIGHT TO TRIAL BY JURY IN THE EVENT OF A LAWSUIT ARISING OUT OF OR RELATED TO THIS AGREEMENT. THIS JURY TRIAL WAIVER SHALL NOT AFFECT THE ARBITRATION PROVISION BELOW (INCLUDING THE JURY TRIAL WAIVER CONTAINED THEREIN). YOU AND WE EACH REPRESENT THAT THIS WAIVER IS GIVEN KNOWINGLY, WILLINGLY AND VOLUNTARILY.**

**B. Notice and Cure**

Prior to bringing a lawsuit or initiating an arbitration that asserts a claim arising out of or related to this Agreement (as further defined below, a "Claim"), the party asserting the Claim (the "Claimant") shall give the other party (the "Defendant") written notice of the Claim (a "Claim Notice") and a reasonable opportunity, not less than 30 days, to resolve the Claim. Any Claim Notice to you shall be sent in writing to the address we have in our records (or any updated address you subsequently provide to us). Any Claim Notice to us shall be sent by mail to Comenity Bank, PO Box 182436, Columbus, Ohio 43218-2436 (or any updated address we subsequently provide). Any Claim Notice you send must provide your name, address and account number. Any Claim Notice must explain the nature of the Claim and the relief that is demanded. You may only submit a Claim Notice on your own behalf and not on behalf of any other party. No third party, other than a lawyer you have personally retained, may submit a Claim Notice on your behalf. The Claimant must reasonably cooperate in providing any information about the Claim that the other party reasonably requests.

**C. Arbitration Provision**

**READ THIS ARBITRATION PROVISION CAREFULLY. IF YOU DO NOT REJECT THIS ARBITRATION PROVISION IN ACCORDANCE WITH PARAGRAPH C.1. BELOW, IT WILL BE PART OF THIS AGREEMENT AND WILL HAVE A SUBSTANTIAL IMPACT ON THE WAY YOU OR WE WILL RESOLVE ANY CLAIM WHICH YOU OR WE HAVE AGAINST EACH OTHER NOW OR IN THE FUTURE.**

**1. Your Right to Reject: If you don't want this Arbitration Provision (and any prior arbitration agreement between you and us ("Prior Arbitration Agreement")) to apply, you may reject it by mailing us a written rejection notice which gives the name of each Cardholder and contains a statement that you (both of you, if more than one) reject the Arbitration Provision of this Agreement. The rejection notice must be sent to us at Comenity Bank, PO Box 182422, Columbus, OH 43218-2422. A rejection notice is only effective if it is signed by you (all of you, if more than one) and if we receive it within thirty (30) calendar days after the date we first provide you with a credit card agreement or written notice providing you a right to reject this Arbitration Provision. Your rejection of this Arbitration Provision will not affect any other provision of this Agreement or your ability to obtain credit.**

**2. Parties Subject to Arbitration:** Solely as used in this Arbitration Provision (and not elsewhere in this Agreement), the terms "we," "us" and "our" mean (a) Comenity Bank, any parent, subsidiary or affiliate of the Bank and the employees, officers and directors of such companies (the "Bank Parties"); and (b) any other person or company that provides any services in connection with this Agreement if you assert a Claim against such other person or company at the same time you assert a Claim against any Bank Party.

**3. Covered Claims:** "Claim" means any claim, dispute or controversy between you and us that in any way arises from or relates to this Agreement, the Account, the issuance of any Card, any rewards program, any prior agreement or account. "Claim" includes disputes arising from actions or omissions prior to the date any Card was issued to you, including the advertising related to, application for or approval of the Account. "Claim" has the broadest possible meaning, and includes initial claims, counterclaims, cross-claims and third-party claims. It includes disputes based upon contract, tort, consumer rights, fraud and other intentional torts, constitution, statute, regulation, ordinance, common law and equity (including any claim for injunctive or declaratory relief). "Claim" does not include disputes about the validity, enforceability, coverage or scope of this Arbitration Provision or any part thereof (including, without limitation, the prohibition again class proceedings, private attorney general proceedings and/or multiple party proceedings described in Paragraph C.7 (the "Class Action Waiver"), the last sentence of Paragraph C.13 and/or this sentence); all such disputes are for a court and not an arbitrator to decide. However, any dispute or argument that concerns the validity or enforceability of the Agreement as a whole is for the arbitrator, not a court, to decide.

**4. Starting an Arbitration**: Arbitration may be elected by any party with respect to any Claim, even if that party has already initiated a lawsuit with respect to a different Claim. Arbitration is started by giving a written demand for arbitration to the other party. We will not demand to arbitrate an individual Claim that you bring against us in small claims court or your state's equivalent court, if any. But if that Claim is transferred, removed or appealed to a different court, we then have the right to demand arbitration.

**5. Choosing the Administrator**: "Administrator" means the American Arbitration Association ("AAA"), 1633 Broadway, 10th Floor, New York, NY 10019, www.adr.org; JAMS is at 620 Eighth Avenue, 34th Floor, New York, NY 10018, www.jamsadr.com; or any other company selected by mutual agreement of the parties. If both AAA and JAMS cannot or will not serve and the parties are unable to select an Administrator by mutual consent, the Administrator will be selected by a court. The arbitrator will be appointed by the Administrator in accordance with the rules of the Administrator. However, the arbitrator must be a retired or former judge or a lawyer with at least 10 years of experience. You get to select the Administrator if you give us written notice of your selection with your notice that you are electing to arbitrate any Claim or within 20 days after we give you notice that we are electing to arbitrate any Claim (or, if you dispute our right to require arbitration of the Claim, within 20 days after that dispute is finally resolved). If you do not select the Administrator on time, we may do it. Notwithstanding any language in this Arbitration Provision to the contrary, no arbitration may be administered, without the consent of all parties to the arbitration, by any Administrator that has in place a formal or informal policy that is inconsistent with the Class Action Waiver.

**6. Court and Jury Trials Prohibited; Other Limitations on Legal Rights: IF YOU OR WE ELECT TO ARBITRATE A CLAIM, YOU WILL NOT HAVE THE RIGHT TO PURSUE THAT CLAIM IN COURT OR HAVE A JURY DECIDE THE CLAIM. ALSO, YOUR ABILITY TO OBTAIN INFORMATION FROM US IS MORE LIMITED IN AN ARBITRATION THAN IN A LAWSUIT. OTHER RIGHTS THAT YOU WOULD HAVE IF YOU WENT TO COURT MAY ALSO NOT BE AVAILABLE IN ARBITRATION.**

**7. Prohibition Against Certain Proceedings: IF YOU OR WE ELECT TO ARBITRATE A CLAIM: (1) NEITHER YOU NOR WE MAY PARTICIPATE IN A CLASS ACTION IN COURT OR IN CLASS-WIDE ARBITRATION, EITHER AS A PLAINTIFF, DEFENDANT OR CLASS MEMBER; (2) NEITHER YOU NOR WE MAY ACT AS A PRIVATE ATTORNEY GENERAL IN COURT OR IN ARBITRATION; (3) CLAIMS BROUGHT BY OR AGAINST YOU MAY NOT BE JOINED OR CONSOLIDATED WITH CLAIMS BROUGHT BY OR AGAINST ANY OTHER PERSON; AND (4) THE ARBITRATOR SHALL HAVE NO POWER OR AUTHORITY TO CONDUCT A CLASS-WIDE ARBITRATION, PRIVATE ATTORNEY GENERAL ARBITRATION OR MULTIPLE-PARTY ARBITRATION.**

**8. Location and Costs of Arbitration:** Any arbitration hearing that you attend must take place at a location reasonably convenient to you. We will pay any and all fees of the Administrator and/or the arbitrator if applicable law requires us to, if you prevail in the arbitration or if we must bear such fees in order for this Arbitration Provision to be enforced. If you demand an arbitration, we will pay your reasonable attorneys' and experts' fees if you prevail or if we must bear such fees in order for this Arbitration Provision to be enforced. Also, we will bear any fees if applicable law requires us to.

**9. Governing Law:** This Arbitration Provision involves interstate commerce and is governed by the Federal Arbitration Act, 9 U.S.C. §§ 1-16 (the "FAA"), and not by any state arbitration law. The arbitrator must apply applicable substantive law consistent with the FAA and applicable statutes of limitations and claims of privilege recognized at law. The arbitrator may award any remedy provided by the substantive law that would apply if the action were pending in court (including, without limitation, punitive damages, which shall be governed by the Constitutional standards employed by the courts). At the timely request of either party, the arbitrator must provide a brief written explanation of the basis for the award.

**10. Right to Discovery**: In addition to the parties' rights to obtain discovery pursuant to the arbitration rules of the Administrator, either party may submit a written request to the arbitrator to expand the scope of discovery normally allowable under the arbitration rules of the Administrator. The arbitrator shall have discretion to grant or deny that request.

**11. Arbitration Result and Right of Appeal:** Judgment upon the arbitrator's award may be entered by any court having jurisdiction. The arbitrator's decision is final and binding, except for any right of appeal provided by the FAA. However, if the amount of the Claim exceeds $50,000 or involves a request for injunctive or declaratory relief that could foreseeably involve a cost or benefit to either party exceeding $50,000, any party can, within 30 days after the entry of the award by the arbitrator, appeal the award to a three-arbitrator panel administered by the Administrator. The panel shall reconsider anew any aspect of the initial award requested by the appealing party. The decision of the panel shall be by majority vote. Reference in this Arbitration Provision to "the arbitrator" shall mean the panel if an appeal of the arbitrator's decision has been taken. The costs of such an appeal will be borne in accordance with Paragraph C.8. above.

**12. Rules of Interpretation:** This Arbitration Provision shall survive the repayment of all amounts owed under this Agreement, the closing of the Account, any legal proceeding and any bankruptcy to the extent consistent with applicable bankruptcy law. In the event of a conflict or inconsistency between this Arbitration Provision, on the one hand, and the applicable arbitration rules or the other provisions of this Agreement, on the other hand, this Arbitration Provision shall govern. This Arbitration Provision replaces any Prior Arbitration Agreement.

**13. Severability:** If any portion of this Arbitration Provision, other than the Class Action Waiver, is deemed invalid or unenforceable, the remaining portions shall nevertheless remain in force. If a determination is made that the Class Action Waiver is unenforceable, only this sentence of the Arbitration Agreement will remain in force and the remaining provisions shall be null and void, provided that the determination concerning the Class Action Waiver shall be subject to appeal.

**14. Special Payment:** If (1) you submit a Claim Notice in accordance with Section B of the Arbitration and jury trial waiver Provisions on your own behalf (and not on behalf of any other party); (2) we refuse to provide you with the relief you request; and (3) an arbitrator subsequently determines that you were entitled to such relief (or greater relief), the arbitrator shall award you at least $5,100 (plus any fees and costs to which you are entitled).

comenity Comenity Bank, Wilmington, DE

[redacted] I017 (11/12)

* * * * * * * * * * * * * * * *

Page 2

| Who we are | |
|---|---|
| **Who is providing this notice?** | This privacy notice is provided by the Comenity family of companies, including Comenity Bank and Comenity Capital Bank. |

| What we do | |
|---|---|
| **How does Comenity protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| **How does Comenity collect my personal information?** | We collect your personal information, for example, when you<br>• open an account or provide account information<br>• give us your income information<br>• use your credit or show your driver's license<br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only<br>• sharing for affiliates' everyday business purposes—information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| **What happens when I limit sharing for an account I hold jointly with someone else?** | Your choices will apply to everyone on your account. |

| Definitions | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>• *Our affiliates include companies with a Comenity name; financial companies such as Comenity Capital Bank and Comenity Bank, other Comenity entities; nonfinancial companies such as Epsilon, Alliance Data, and LoyaltyOne.* |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>• *Nonaffiliates we share with can include financial service providers, retailers, direct marketers, publishers and nonprofit organizations.* |
| **Joint marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>• *Our joint marketing partners include lenders and insurance companies.* |

**Other important information**

We also will comply with more restrictive state laws to the extent that they apply. For example, if your billing address is in Vermont or California, we will automatically opt you out of sharing your information with nonaffiliates for marketing purposes.

We will contact you regarding your account via text message or telephone, including the use of pre-recorded or auto-dialed calls on any cell, landline or text number you provide or use to contact us. Standard mobile, message, or data rates may apply.

# EXHIBIT 2 TO

# EXHIBIT A





OUR MOST EXCLUSIVE CARD, FOR OUR BEST ANGELS...

# HAPPY VALENTINE'S DAY, *Angel!*

Earn 100 bonus points with every bra purchase from Feb. 7–14!

PAGE 1 OF 4

## Summary of account activity

| | |
|---|---|
| Account no. | 2525 |
| Previous balance | $791.57 |
| Payments | -40.00 |
| Other credits | 0.00 |
| Purchases | 35.95 |
| Other debits | 16.66 |
| Fees charged | 35.00 |
| Interest charged | 14.87 |
| **New balance** | **$854.05** |
| Past due amount | 35.00 |
| Credit limit | $960.00 |
| Available credit | $105.95 |
| Statement closing date | 02/03/2015 |
| Days in billing cycle | 28 |

## Payment information

| | |
|---|---|
| New balance | $854.05 |
| Minimum payment due | $75.00 |
| Payment due date | 03/01/2015 |

**Late payment warning:**
If we do not receive your minimum payment by 03/01/2015 you may have to pay up to a $35.00 late fee.

**Minimum payment warning:** If you make only the minimum payment for each period, you will pay more in interest and it will take you longer to pay off your balances. For example:

| If you make no additional charges using this card and each month you pay: | You will pay off the balance shown on the statement in about: | And you will end up paying an estimated total of: |
|---|---|---|
| Only the minimum payment | 4 years | $1283 |

For information regarding credit counseling services, call 1-800-284-1706.

## Angel Rewards Summary

Earn Fast Rewards! Each time you earn 250 points using your Angel Forever Card, you will automatically receive a $15 Angel Reward* within 3-6 weeks.

**Points Summary**
Current Total Points: 87
Points to Next Reward: 163

Happy Valentine's Day, Angel! Earn 100 bonus points with every bra purchase from Feb. 7-14!*

## Details of your transactions

| TRANS DATE | TRANSACTION DESCRIPTION/LOCATION | AMOUNT |
|---|---|---|
| 01/07/2015 | VICTORIA'S SECRET PAYMENT - THANK YOU | -40.00 |
| 01/24/2015 | VICTORIA'S SECRET PURCHASE - MONROEVILLE-PA - CHEEKY-PANTY, DEMI-BRAS, PLUNGE-BRAS, OTHER PAYMENT MADE | 22.59 |
| 01/26/2015 | VICTORIA'S SECRET PURCHASE - CATALOGUE - BRA(S) | 13.36 |
| 02/03/2015 | ACCOUNT ASSURE 1-866-293-9210 | 16.66 |

### Fees

| 02/01/2015 | LATE FEE | 35.00 |
|---|---|---|
| | Total fees charged for this period | $35.00 |

### Interest charged

| | Interest charge on purchases | $14.87 |
|---|---|---|
| | Total interest for this period | $14.87 |

| 2015 totals year to date | |
|---|---|
| Total fees charged in 2015 | $70.00 |
| Total interest charged in 2015 | $30.55 |

## Interest charge calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| TYPE OF BALANCE | APR | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|
| Purchases | 24.9900% (v) | 775.52 | 14.87 |

NOTICE: See reverse side for important information
Please tear at perforation above

### VICTORIA'S SECRET

| Account number | 2525 |
|---|---|
| New balance | Minimum payment |
| $854.05 | $75.00 |

99 3

☐ **Yes,** I have moved or updated my e-mail address - see reverse.

Amount enclosed:

Payment must reach us by 5 pm CT on **03/01/2015.**

**$**

Please make check payable to:
COMENITY - VICTORIA'S SECRET

AMY L BUMBARGER
WHITE OAK PA 15131-2007

Please return this portion along with your payment to:
PO BOX 659728
SAN ANTONIO TX 78265-9728

2525

# THE ANGEL FOREVER CARD
### THE ONLY CARD FIT FOR A FOREVER ANGEL.

*The Rewards program is provided by Victoria's Secret and its terms may change at any time.

Keep this portion for your records.

**Billing Rights Summary**

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at: Comenity Bank PO Box 182782 Columbus, Ohio 43218-2782.

In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (*Note:* Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: Comenity Bank PO Box 182782 Columbus, OH 43218-2782

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**MINIMUM FINANCE CHARGE.** If a $1.00 FINANCE CHARGE appears on the Account, this is a minimum FINANCE CHARGE, which we impose per credit plan each Billing Period if the FINANCE CHARGE is less than $1.00.

**GRACE PERIOD.** If you make a purchase under a Regular Revolving Credit Plan, no Finance Charges will be imposed in any Billing Period in which (i) there is no Previous Balance or (ii) payments received and credits issued by the Payment Due Date, which is 25 days after the Statement Closing Date shown on your last Statement, equal or exceed the Previous Balance. If the New Balance shown on your last Statement is not paid in full by the Payment Due Date shown on your last Statement, there will be a Finance Charge on each purchase from the date of purchase. You may avoid Finance Charges on deferred purchases made under Promotional Credit Plans if you pay the total amount of the purchase before the end of the Deferment Period.

**BALANCE COMPUTATION METHOD.** We figure Finance Charges on your Account separately for each Credit Plan. For each Billing Period, we use the Daily Balance to figure Finance Charges on your Account. This is how we figure the Daily Balance each day: We start with the beginning balance on your Account each day (including unpaid Finance Charges and fees). We subtract any payments or credit adjustments and add any new purchases

**Important Notice Regarding Payments.** Remember, you can also make your payments at any Victoria's Secret store, online at vsangelcard.com or you can call us toll free at 1-800-695-9478 (TDD/TTY 1-800-695-1788) to make a payment by telephone (a fee may be charged for processing a telephone or internet payment).  You can also overnight your payment to us at the following address: 6550 North Loop 1604 East, Suite 101, San Antonio, TX 78247-5004.

Be the first to know about cardholder events and exclusive offers from Victoria's Secret.  By providing your e-mail address, you authorize Comenity Bank to send general service e-mails related to your Victoria's Secret Credit Card Account.

**CHECK ONE BOX BELOW:**

☐ **I DO** ☐ **I DO NOT** consent to receive commercial emails from Comenity Bank for solicitation, advertising and promotional offers related to my Victoria's Secret Angel Credit Card Account and for Comenity Bank to share my email address with Victoria's Secret for service and product offers.

**Do Not Send Cash or Gift Certificates.** You may pay your account by mailing your personal check, banker's check, money order, or traveler's check, payable in United States dollars, to the name and address shown on the reverse side. **Please include your payment stub.** If any payment does not conform to those requirements, the payment may not be posted to your account for up to five days, or may be rejected. You may pay your entire New Balance in full at any time. **Please use the enclosed remittance envelope for payment.**

### New Information

Title (optional) _____ First Name _____ MI _____

Last Name _____ Soc. Sec. No. _____

Street Address _____

Apt. No. _____ RR _____ PO Box _____

City _____ State _____ Zip Code _____ Foreign Map Code _____

Home Phone _____ Work Phone _____

Email Address _____

and debit adjustments posted as of that day. This gives us the Partial Daily Balance for the day. We then multiply the Partial Daily Balance for the day by the Daily Periodic Rate of Finance Charge to obtain the Daily Finance Charge for the day and add it to the day's Partial Daily Balance. This gives us the Daily Balance, which will be the beginning balance for the following day. At the end of each Billing Period, we add together each month's Daily Finance Charge for each day in the Billing Period to get the total Account Finance Charge for the Billing Period. You can verify the total Account Finance Charge by multiplying the Balance Subject to Interest Rate by the Daily Periodic Rate of Finance Charge and then by multiplying this amount by the number of days in the Billing Period. The Periodic Rate of Finance Charge is the Annual Percentage Rate divided by 365. Due to rounding on a daily basis, there may be a slight variance between the result of this calculation and the total Account Finance Charge actually assessed. The applicable Annual Percentage Rate, total Account Finance Charge, Balance Subject to Interest Rate and the number of days in the Billing Period are all shown on the front of this billing statement.

**NOTICE TO PAST DUE CUSTOMERS.** You understand that we may report negative information about your account to the credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**NOTICE OF CREDIT REPORT DISPUTES**

If you believe the account information we reported to a consumer reporting agency is inaccurate, you may submit a direct dispute to Comenity Bank PO Box 182789 Columbus, Ohio 43218-2789. Your written dispute must provide sufficient information to identify the account and specify why the information is inaccurate:

*Account Information:* Your name and account number

*Contact Information:* Your address and telephone number

*Disputed Information:* Identify the account information disputed and explain why you believe it is inaccurate

*Supporting Documentation:* If available, provide a copy of the section of the credit report showing the account information you are disputing

We will investigate the disputed information and report the results to you within 30 days of receipt of the information needed for our investigation. If we find that the account information we reported is inaccurate, we will promptly provide the necessary correction to each consumer reporting agency to which we reported the information.

**PAYMENTS MARKED "PAID IN FULL" ON DISPUTED DEBTS.** All communications regarding disputed debts, including a check or other payment instrument marked "Paid In Full", or otherwise tendered as full satisfaction of debt, must be sent to: 6550 North Loop 1604 East, Suite 101, San Antonio, TX 78247-5004. **DO NOT USE THE ENCLOSED REMITTANCE ENVELOPE.**

**CUSTOMER SERVICE:** Visit vsangelcard.com or call 1-800-695-9478 (TDD/TTY 1-800-695-1788).

**TELEPHONE MONITORING.** To provide you with high quality service, phone communication with us is monitored and/or recorded.

**ADDITIONAL INFORMATION.** The following designations, when appearing on the front of your statement, mean the following: V means variable rate (this rate may vary); WV INT PAY RQ means WAIVE INTEREST, PAYMENT REQUIRED; WV INT EQ PY means WAIVE INTEREST, EQUAL PAYMENT; WV INT LOW PMT means WAIVE INTEREST, LOW PAYMENT; DF INT PY RQ means DEFER INTEREST, PAYMENT REQUIRED; DEF INT EQ PY means DEFER INTEREST EQUAL PAYMENT; DF INT LOW PMT means DEFER INTEREST, LOW PAYMENT and LOW APR EQ PAY means LOW APR, EQUAL PAYMENT. If you have a variable rate account, your periodic rates may vary. You may pay all of your Account balance at any time without penalty.

**Send all inquiries to: CUSTOMER SERVICE, PO Box 182273, Columbus, OH 43218-2273**

**Send all bankruptcy notices and related correspondence to Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125.**

**IMPORTANT INFORMATION — YOUR CHECK AUTHORIZES ELECTRONIC DEBIT**

Effective March 2005, we may process your payment by personal check as an electronic ACH debit. By mailing us a check for payment on your credit card account, you are authorizing us to initiate an ACH debit in the amount of your check from the account on which you have written the check. If we initiate such a debit, we will do so as soon as we receive your check. To avoid possible costs due to a rejected ACH debit, please make sure that the check is covered by funds already in your account before you mail us the check. Your check will not be returned to you. It will be imaged and the original destroyed.



**Additional important messages**

In case you've overlooked it, we want to remind you that we have not received the minimum payment due.  If you've already made your payment, thank you.  If not, you can simply visit our online Payment Help Center today at comenity.net/paymenthelp to schedule your payment, or to make a payment over the phone using your bank account, call 1-888-376-6601 (TDD/TTY 1-800-695-1788).   We value you as a customer and want to thank you for your business.

*100 BONUS POINTS ON BRA PURCHASES WHEN YOU USE YOUR ANGEL CREDIT CARD. Subject to credit approval. Earn 100 bonus reward points on any bra purchase when you use your Angel Card. Valid in stores, catalogue & online February 7 – February 14, 2015. Not valid on purchases made before February 7th or after February 14th. Bonus reward points will be appended within 3-6 weeks of the purchase. Bonus reward points offer cannot be combined with additional bonus reward point promotions; 100 bonus reward points will be awarded for every bra purchased (less any promotional deductions, returns and adjustments) and will replace bra double points between February 7, 2015 and February 14, 2015. Shipping & handling and taxes do not qualify towards eligibility. Benefits and rewards associated with the Angel Card may vary by location. The Angel Rewards program is provided by Victoria's Secret and its terms may change at any time.

Did you know? You can easily add a family member or friend as an authorized buyer for your Victoria's Secret Angel Card! It's just one way to spoil your loved one while reaping the rewards. And, you can choose between a Victoria's Secret Angel Card or a PINK Angel Card design. Just access our secure customer service website at vsangelcard.com or call our Customer Care Center at 1-800-695-9478 (TDD/TTY 1-800-695-1788).

Be the first to know! Sign up for emails at VictoriasSecret.com/angel-card.

Consumers are entitled to one free credit report per year. To request yours call 1-877-322-8228 or visit annualcreditreport.com

PAGE 4 OF 4

PAGE 1 OF 2

| Summary of account activity | |
|---|---|
| Account no. | ████████2525 |
| Previous balance | $857.54 |
| Payments | -60.00 |
| Other credits | 0.00 |
| Purchases | 0.00 |
| Other debits | 0.00 |
| Fees charged | 0.00 |
| Interest charged | 16.63 |
| **New balance** | **$814.17** |
| Past due amount | 0.00 |
| Credit limit | $0.00 |
| Available credit | $0.00 |
| Statement closing date | 06/05/2015 |
| Days in billing cycle | 30 |

## Payment information

| | |
|---|---|
| New balance | $814.17 |
| Minimum payment due | $40.00 |
| Payment due date | 07/01/2015 |

**Late payment warning:**
If we do not receive your minimum payment by 07/01/2015 you may have to pay up to a $35.00 late fee.

**Minimum payment warning:** If you make only the minimum payment for each period, you will pay more in interest and it will take you longer to pay off your balances. For example:

| If you make no additional charges using this card and each month you pay: | You will pay off the balance shown on the statement in about: | And you will end up paying an estimated total of: |
|---|---|---|
| Only the minimum payment | 4 years | $1210 |

For information regarding credit counseling services, call 1-800-284-1706.

Account Questions? Need to make a payment? Visit *VSAngelCard.com* or call 1-800-695-9478 (TDD/TTY 1-800-695-1788). Want to stay in the know with credit tips and news? Visit us at facebook.com/askcomenity or at twitter.com/askcomenity

## Details of your transactions

| TRANS DATE | TRANSACTION DESCRIPTION/LOCATION | AMOUNT |
|---|---|---|
| 05/09/2015 | PAYMENT - THANK YOU | -60.00 |

**Fees**

| | |
|---|---|
| Total fees charged for this period | $0.00 |

**Interest charged**

| | |
|---|---|
| Interest charge on purchases | $16.63 |
| Total interest for this period | $16.63 |

| 2015 totals year to date | |
|---|---|
| Total fees charged in 2015 | $140.00 |
| Total interest charged in 2015 | $102.91 |

## Interest charge calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| TYPE OF BALANCE | APR | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|
| Purchases | 24.9900% (v) | 809.59 | 16.63 |

NOTICE: See reverse side for important information.

*Please tear at perforation above*

## VICTORIA'S SECRET

☐ **Yes, I have moved or updated my** e-mail address - see reverse.



| Account number | ████████2525 |
|---|---|
| New balance | Minimum payment |
| **$814.17** | **$40.00** |

NP 4

**Amount enclosed:**

Payment must reach us by 5 pm CT on 07/01/2015.

$ _____

Please make check payable to:
COMENITY - VICTORIA'S SECRET

Please return this portion along with your payment to:
PO BOX 659728
SAN ANTONIO TX 78265-9728



AMY L BUMBARGER
████████████
PITTSBURGH PA 15219-2013



2525

# THE ANGEL FOREVER CARD

### THE ONLY CARD FIT FOR A FOREVER ANGEL.

*The Rewards program is provided by Victoria's Secret and its terms may change at any time.

---

Keep this portion for your records.

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at: Comenity Bank PO Box 182782, Columbus, Ohio 43218-2782.

In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: Comenity Bank PO Box 182782, Columbus, Ohio 43218-2782.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**HOW TO AVOID PAYING INTEREST.** Your due date is at least 25 days after the close of each billing cycle. We will not charge you interest on purchases if you pay your entire balance by the due date each month. We will begin to charge interest on new purchases made under a Low APR, Equal Payment or Budget Payment Credit Plan from the date of purchase.

**BALANCE COMPUTATION METHOD.** We calculate interest separately for each type of balance on your account using a "Daily Balance" to determine interest charges for each billing period. We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new purchases and fees, and subtract any payments or credits (treating any net credit balance as a zero balance). This gives us the daily balance.

**CREDIT REPORTING.** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**NOTICE OF CREDIT REPORT DISPUTES.** If you believe the account information we reported to a consumer reporting agency is inaccurate, you may submit a direct dispute to Comenity Bank, PO Box 182789, Columbus, Ohio 43218-2789. Your written dispute must provide sufficient information to identify the account and specify why the information is inaccurate:
- **Account Information:** Your name and account number
- **Contact Information:** Your address and telephone number
- **Disputed Information:** Identify the account information disputed and explain why you believe it is inaccurate
- **Supporting Documentation:** If available, provide a copy of the section of the credit report showing the account information you are disputing

We will investigate the disputed information and report the results to you within 30 days of receipt of the information needed for our investigation. If you dispute is frivolous we may decline to investigate. We will promptly provide the necessary correction to each consumer reporting agency to which we reported the information.

**PAYMENTS MARKED "PAID IN FULL".** All written communications regarding disputed amounts that include any check or other payment instrument marked with "payment in full" or similar language, must be sent to: 6550 North Loop 1604 East, Suite 101, San Antonio, TX 78247 5004.
**DO NOT USE THE ENCLOSED REMITTANCE ENVELOPE.**
- We may accept payment sent to any other address without losing any of our rights.
- No payment shall operate as an accord and satisfaction without prior written approval.

**CUSTOMER SERVICE:** Visit vsangelcard.com or call 1-800-695-9478 (TDD/TTY 1-800-695-1788).

**TELEPHONE MONITORING.** To provide you with high quality service, phone communication with us is monitored and/or recorded.

**ADDITIONAL INFORMATION.** The following designations, when appearing on the front of your statement, mean the following: Y means variable rate (this rate may vary); WV INT PAY RQ means WAIVE INTEREST, PAYMENT REQUIRED; WV INT EQ PY means WAIVE INTEREST, EQUAL PAYMENT; WV INT LOW PMT means WAIVE INTEREST, LOW PAYMENT; DF INT PY RQ means DEFER INTEREST, PAYMENT REQUIRED; DEF INT EQ PY means DEFER INTEREST EQUAL PAYMENT; DF INT LOW PMT means DEFER INTEREST, LOW PAYMENT and LOW APR EQ PAY means LOW APR, EQUAL PAYMENT. If you have a variable rate account, your periodic rates may vary. You may pay all of your Account balance at any time without notice.

**Send all inquiries to: CUSTOMER SERVICE, PO Box 182273, Columbus, Ohio 43218-2273.**

**Send all bankruptcy notices and related correspondence to Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, Ohio 43218-2125.**

**NOTICE ABOUT ELECTRONIC CHECK CONVERSION.** When you provide a check as payment, you authorize us either to use information from your check to make a one time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**PAYMENTS.** Pay your Account by the payment due date by the time listed below. If we do not receive your payment in a correct format (outlined below) it may not be credited to your Account for up to five days, or may be rejected. Also, your payment must reach us by the payment cutoff time that applies to the payment method you select.

**Correct Format.** Correct format for different payment methods include:
*Mailing or Overnight:* Send a personal check, money order, traveler's check or cashier's check payable in U.S. dollars, to the name and address shown on this Statement in the payment stub area containing your balance and minimum payment amount. Be sure to include your payment stub, do not staple or clip your payment to the stub, include your account number on your check, use the envelope provided with your Statement, send one payment stub and do not send any correspondence with your payment. You should overnight a payment to 6550 North Loop 1604 East, Suite 101, San Antonio, TX 78247 5004 and the additional formal requirements are the same as other mailed payments unless there is a dispute, in which case you follow the Disputed Debts section above. Do not send cash or gift certificates. *Pay By Phone:* You can call us toll free at 1-800-695-9478 (TDD/TTY 1-800-695-1788) to make a payment by telephone, which may include a fee. *Online:* You can make a payment online at vsangelcard.com. *In-store:* You can make payments in store.

**Payment Cutoff Times.** Payment cutoff times/deadlines for us to receive payments are by the due date on this Statement in the payment stub area at the following times: *Mailing and Overnight:* By 5:00 pm Central Time (CT); *Pay By Phone:* By 9:00 pm Eastern Time (ET); *Online:* By 6:00 pm (ET); and *In-store:* By the time the store closes at the location you make your payment.

### New Information

Title (optional) _____  First Name _____  MI _____

Last Name _____  Soc. Sec. No. _____

Street Address _____

Apt. No. _____  RR _____  PO Box _____

City _____  State _____  Zip Code _____  Foreign Map Code _____

Home Phone _____  Work Phone _____

Email Address _____

# EXHIBIT 3 TO

# EXHIBIT A

| ACCT_NO | DIV_NO | CYCLE_NO | CRDT_TERM_NO | ENTRY_DATE | ENTRY_TIME | SEQ_NO | ASSOC_ID | NOTE_TEXT |
|---------|--------|----------|--------------|------------|------------|--------|----------|-----------|
| 2525 | 9 | 3 | 1 | 3/11/2013 | 12.47.52 | 1 | 0 | CARD(S) ORDERED 03/10 WILL BE PROCESSED 03/11 AND RECEIVED IN THE NEXT 7-10 DAYS |
| 2525 | 9 | 3 | 1 | 3/26/2013 | 11.00.35 | 1 | 0 | HOUSE, APARTMENT, OFFICE, OR BUILDING NOT OCCUPIED |
| 2525 | 9 | 3 | 1 | 4/3/2013 | 11.19.27 | 0 | DTEDDER | ACCOUNT ACCESSED |
| 2525 | 9 | 3 | 1 | 4/3/2013 | 11.19.27 | 1 | DTEDDER | |
| 2525 | 9 | 3 | 1 | 6/15/2013 | 21.05.44 | 1 | IVRUSER | ████0268 ANI MATCH EXEMPT |
| 2525 | 9 | 3 | 1 | 6/24/2013 | 11.37.42 | 0 | AMANSURE | ACCOUNT ACCESSED |
| 2525 | 9 | 3 | 1 | 6/24/2013 | 11.37.42 | 1 | AMANSURE | PER DUP APP |
| 2525 | 9 | 3 | 1 | 9/22/2013 | 12.17.49 | 1 | ALASLEY | PER DUP APP |
| 2525 | 9 | 3 | 1 | 9/22/2013 | 12.17.49 | 2 | ALASLEY | CHANGE OF ADDRESS REPORT REVIEWED |
| 2525 | 9 | 3 | 1 | 9/22/2013 | 12.17.50 | 0 | ALASLEY | ACCOUNT ACCESSED |
| 2525 | 9 | 3 | 1 | 10/18/2013 | 19.43.58 | 0 | TDICKENS | ACCOUNT ACCESSED |
| 2525 | 9 | 3 | 1 | 10/18/2013 | 19.43.58 | 1 | TDICKENS | CHANGED ADDR FOR RTM STATUS/DUP |
| 2525 | 9 | 3 | 1 | 10/18/2013 | 19.43.58 | 2 | TDICKENS | CHANGED ADDRESS FROM ████PITTSBURGH, PA US 15236 4014 TO ████WHITE OAK, PA US 15131 2007 |
| 2525 | 9 | 3 | 1 | 10/18/2013 | 19.43.58 | 3 | TDICKENS | REMOVED RETURN MAIL STATUS THAT WAS ADDED 3/26/2013 |
| 2525 | 9 | 3 | 1 | 10/18/2013 | 19.43.58 | 4 | TDICKENS | UNABLE TO VERIFY IDENTITY, CARD NOT ISSUED DUE TO A RECENT ADDRESS CHANGE. |
| 2525 | 9 | 3 | 1 | 10/18/2013 | 19.43.58 | 5 | TDICKENS | IDENTITY SUCCESSFULLY VERIFIED, REQUEST PROCESSED 1 CARD(S) SENT TO AMY L. BUMBARGER, PRIMARY CUSTOMER, REASON: ADDITIONAL CARDS REQUESTED |
| 2525 | 9 | 3 | 1 | 10/18/2013 | 19.43.58 | 6 | TDICKENS | CARD(S) ORDERED 10/19 WILL BE PROCESSED 10/21 AND |
| 2525 | 9 | 3 | 1 | 10/21/2013 | 04.03.04 | 1 | 0 | RECEIVED IN THE NEXT 7-10 DAYS |
| 2525 | 9 | 3 | 1 | 10/26/2013 | 12.04.32 | 1 | IVRUSER | |
| 2525 | 9 | 3 | 1 | 10/26/2013 | 12.04.35 | 1 | TWILKERSON | |
| 2525 | 9 | 3 | 1 | 10/26/2013 | 12.04.35 | 2 | TWILKERSON | EMAIL CONFIRM OPT OUT |
| 2525 | 9 | 3 | 1 | 10/26/2013 | 12.04.35 | 3 | TWILKERSON | ENROLLED IN ACCOUNT ASSURE SOFTGOODS - CALL RECORDED - CALL ID ████5226 |
| 2525 | 9 | 3 | 1 | 10/26/2013 | 12.04.35 | 4 | TWILKERSON | OFFERS ACCOUNT ASSURE ACCEPTED |
| 2525 | 9 | 3 | 1 | 10/26/2013 | 12.04.35 | 5 | TWILKERSON | MARKETING OFFER(S) - CALL NOT RECORDED |
| 2525 | 9 | 3 | 1 | 10/26/2013 | 12.04.36 | 0 | TWILKERSON | ACCOUNT ACCESSED |
| 2525 | 9 | 3 | 1 | 11/15/2013 | 08.49.17 | 1 | IVRUSER | ████0268 |
| 2525 | 9 | 3 | 1 | 11/15/2013 | 19.40.30 | 1 | 0 | RESP= A NCL=0000300 OCL=0000250 BUR=TRW BLD=041 CUST=624 |
| 2525 | 9 | 3 | 1 | 11/15/2013 | 19.40.30 | 2 | 0 | APP= ████0290 PRD= VSSA    MSG= 000 ORS=605 NRS=605 |
| 2525 | 9 | 3 | 1 | 11/15/2013 | 19.40.31 | 1 | SYSTEM | AUTORISK OPEN TO BUY REQUEST NCL =   $175 - NO CLI GIVEN |
| 2525 | 9 | 3 | 1 | 11/15/2013 | 19.40.31 | 2 | SYSTEM | AUTORISK OPEN TO BUY REQUEST NCL =   $175 - NO CLI GIVEN |
| 2525 | 9 | 3 | 1 | 1/21/2014 | 12.16.42 | 1 | | 20140117 VIP UPGRADE |
| 2525 | 9 | 3 | 1 | 1/25/2014 | 17.36.55 | 1 | IVRUSER | ████0268 |
| 2525 | 9 | 3 | 4 | 2/7/2014 | 17.25.59 | 1 | IVRUSER | ████0268 |
| 2525 | 9 | 3 | 8 | 4/15/2014 | 14.20.06 | 1 | | MK  OLD STATUS CODES - 000 000 000  NEW STATUS CODES - 023 000 000 |
| 2525 | 9 | 3 | 8 | 4/24/2014 | 13.33.33 | 1 | | Reward will be mailed on 04/28/14. Approximate in-home date 05/10/14. |
| 2525 | 9 | 3 | 8 | 6/19/2014 | 12.11.06 | 1 | | Forever upgrade will be mailed on 07/21/14. Approximate in-home date 08/03/14. |
| 2525 | 9 | 3 | 8 | 9/8/2014 | 12.19.24 | 1 | | Reward will be mailed on 08/30/14. Approximate in-home date 09/10/14. |
| 2525 | 9 | 3 | 8 | 10/31/2014 | 12.22.29 | 1 | | Reward will be mailed on 10/30/14. Approximate in-home date 11/10/14. |
| 2525 | 9 | 3 | 8 | 11/4/2014 | 17.56.22 | 1 | | Customer has received a credit limit increase on 11/04 |
| 2525 | 9 | 3 | 8 | 1/6/2015 | 13.55.19 | 1 | | Congrats on earning a rwd! Check for it early Feb. just in time for V-Day |
| 2525 | 9 | 3 | 8 | 1/27/2015 | 19.29.47 | 1 | | MK  OLD STATUS CODES - 023 000 000  NEW STATUS CODES - 000 000 000 |
| 2525 | 9 | 3 | 8 | 2/13/2015 | 12.33.43 | 1 | | March is your anniversary! Earn 3x Points all month. |
| 2525 | 9 | 3 | 8 | 3/15/2015 | 07.07.01 | 1 | NMB060 | CUSTOMER ENROLLED WITH EXTERNAL ELECTRONIC BILLING PROVIDER (TRIAL PERIOD) |
| 2525 | 9 | 3 | 8 | 4/3/2015 | 22.10.08 | 1 | | ADDRESS UPDATED BY NATIONAL CHANGE OF ADDRESS |
| 2525 | 9 | 3 | 8 | 5/7/2015 | 15.41.52 | 0 | MYOST | ACCOUNT ACCESSED |
| 2525 | 9 | 3 | 8 | 5/7/2015 | 15.41.52 | 1 | MYOST | 4/5 NFA |
| 2525 | 9 | 3 | 8 | 5/7/2015 | 15.41.52 | 2 | MYOST | ADDED RETURN MAIL STATUS 5/7/2015 |
| 2525 | 9 | 3 | 8 | 5/7/2015 | 15.41.52 | 3 | MYOST | CHANGE OF ADDRESS REPORT REVIEWED |
| 2525 | 9 | 3 | 8 | 5/26/2015 | 16.36.26 | 0 | ADENT | ACCOUNT ACCESSED |
| 2525 | 9 | 3 | 8 | 5/26/2015 | 16.36.26 | 1 | ADENT | |
| 2525 | 9 | 3 | 8 | 5/26/2015 | 17.20.30 | 0 | AROCK | ACCOUNT ACCESSED |
| 2525 | 9 | 3 | 8 | 5/26/2015 | 17.22.38 | 1 | AROCK | SUB GROUP CLASSIFICATION HAS CHANGED FROM BLANK TO ESCALATED |

| ACCT_NO | DIV_NO | CYCLE_NO | CRDT_TERM_NO | ENTRY_DATE | ENTRY_TIME | SEQ_NO | ASSOC_ID | NOTE_TEXT |
|---|---|---|---|---|---|---|---|---|
| 2525 | 9 | 3 | 8 | 5/26/2015 | 17.24.46 | 1 | AROCK | NO PHONE COMMUNICATION |
| 2525 | 9 | 3 | 8 | 5/26/2015 | 17.24.46 | 2 | AROCK | ADDED THIRD PARTY CONTACT KIMMEL AND SILVERMAN LANGUAGE ENGLISH ATTORNEY |
| 2525 | 9 | 3 | 8 | 5/26/2015 | 17.24.46 | 3 | AROCK | - CALL NOT RECORDED |
| 2525 | 9 | 3 | 8 | 5/26/2015 | 17.22.38 | 2 | AROCK | ADDED STATUS CODE 97 PER LITIGATION |
| 2525 | 9 | 3 | 8 | 5/26/2015 | 17.20.30 | 1 | AROCK | CHANGED PRIMARY OTHER PHONE COMMENT FROM MANUAL CALLS ONLY-NO DIALER CALLS(VALID NUMBER) TO |
| 2525 | 9 | 3 | 8 | 5/26/2015 | 17.20.30 | 2 | AROCK | NEVER CALL |
| 2525 | 9 | 3 | 8 | 5/27/2015 | 16.17.35 | 0 | KBARN | ACCOUNT ACCESSED |
| 2525 | 9 | 3 | 8 | 5/27/2015 | 16.20.45 | 1 | KBARN | ATTORNEY REPRESENTATION / POSSIBLE BANKRUPTCY |
| 2525 | 9 | 3 | 8 | 5/27/2015 | 16.17.35 | 1 | KBARN | |
| 2525 | 9 | 3 | 8 | 5/27/2015 | 16.17.35 | 2 | KBARN | ADDED PENDING BK/ATTY REP STATUS 5/27/2015 |
| 2525 | 9 | 3 | 8 | 5/28/2015 | 10.57.12 | 0 | KBARN | ACCOUNT ACCESSED |
| 2525 | 9 | 3 | 8 | 5/28/2015 | 10.57.12 | 1 | KBARN | UPDATED THIRD PARTY INFO WITH ADDRESS |
| 2525 | 9 | 3 | 8 | 5/28/2015 | 10.57.12 | 2 | KBARN | UPDATED THIRD PARTY CONTACT KIMMEL AND SILVERMAN LANGUAGE ENGLISH ATTORNEY |
| 2525 | 9 | 3 | 8 | 5/28/2015 | 10.03.06 | 0 | ADENT | ACCOUNT ACCESSED |
| 2525 | 9 | 3 | 8 | 5/28/2015 | 10.03.05 | 1 | ADENT | |
| 2525 | 9 | 3 | 8 | 5/28/2015 | 10.09.56 | 0 | JONSMITH | ACCOUNT ACCESSED |
| 2525 | 9 | 3 | 8 | 6/14/2015 | 07.11.07 | 1 | NMB060 | CUSTOMER UN-ENROLLED WITH EXTERNAL ELECTRONIC BILLING PROVIDER (TRIAL PERIOD) |
| 2525 | 9 | 3 | 8 | 7/31/2015 | 13.45.57 | 0 | AROCK | ACCOUNT ACCESSED |
| 2525 | 9 | 3 | 8 | 7/31/2015 | 13.45.57 | 1 | AROCK | REVIEW PER LAW |
| 2525 | 9 | 3 | 8 | 7/31/2015 | 13.45.57 | 2 | AROCK | - CALL NOT RECORDED |
| 2525 | 9 | 3 | 8 | 8/3/2015 | 12.38.31 | 0 | ADENT | ACCOUNT ACCESSED |
| 2525 | 9 | 3 | 8 | 8/3/2015 | 13.01.05 | 1 | L577520 | ACCOUNT INQUIRY VIA WEB COLLECTIONS BY: L577520 |
| 2525 | 9 | 3 | 8 | 8/3/2015 | 12.38.30 | 1 | ADENT | REFER ANY INQS TO ANDREA DENT, LAW |
| 2525 | 9 | 3 | 8 | 8/3/2015 | 14.54.03 | 1 | ADENT | REFER ANY INQS TO ANDREA DENT, LAW |